NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALEJANDRO FLORESSANCHEZ,      )
                              )
        Appellant,            )
                              )
v.                            )      Case No. 2D17-438
                              )
STATE OF FLORIDA,             )
                              )
        Appellee.             )
_____)

Opinion filed November 7, 2018.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Howard L. Dimmig, II, Public Defender,
and J. Rafael Rodriguez, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.

SILBERMAN, VILLANTI, and BLACK, JJ., Concur.